UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-JB

HERNANDO QUINTERO AND
ALEJANDRA GABRIELA PARRA,

    Plaintiffs,

vs.

CANTINA CATRINA USA LLC
AND JUAN CARLOS CACHOUA,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiffs Hernando Quintero and Alejandra Gabriela Parra, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

    Dated this 22nd day of August 2024.

                                      s/Patrick Brooks LaRou, Esq.
                                      Patrick Brooks LaRou, Esq.
                                      Fla. Bar No. 1039018
                                      brooks@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, FL 33146
                                      Tel:  305.230.4884
                                      *Counsel for Plaintiff*