UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-JB

HERNANDO QUINTERO AND
ALEJANDRA GABRIELA PARRA,

    Plaintiffs,

vs.

CATRINA DADELAND LLC
D/B/A CANTINA CATRINA
AND JUAN CARLOS
CACHOUA,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, CATRINA DADELAND LLC d/b/a CANTINA CATRINA**

    Plaintiffs Hernando Quintero and Alejandra Gabriela Parra file the Return of Service on Defendant Catrina Dadeland LLC d/b/a Cantina Catrina served on August 23, 2024.

    Dated this 26th day of August 2024.

                          s/Brian H. Pollock, Esq.
                          Brian H. Pollock, Esq.
                          Fla. Bar No. 174742
                          brian@fairlawattorney.com
                          FAIRLAW FIRM
                          135 San Lorenzo Avenue
                          Suite 770
                          Coral Gables, FL 33146
                          Tel:   305.230.4884
                          *Counsel for Plaintiff*