# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-23180 BECERRA

Plaintiff:
**HERNANDO QUINTERO and ALEJANDRA GABRIELA PARRA**

vs.

Defendant:
**CATRINA DADELAND LLC d/b/a CANTINA CATRINA and JUAN CARLOS CACHOUA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 22nd day of August, 2024 at 9:35 am to be served on **CATRINA DADELAND, LLC d/b/a CANTINA CATRINA c/o Caldera Law PLLC, its Registered Agent, 7293 NW 2nd Avenue, Miami, FL 33150**.

I, Joseph Onega, do hereby affirm that on the **23rd day of August, 2024** at **11:05 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Rose Chung, operations manager** as **Authorized Employee Of Registered Agent** for **CATRINA DADELAND, LLC d/b/a CANTINA CATRINA**, at the address of: **7293 NW 2nd Avenue, Miami, FL 33150**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Asian, Height: 5'5", Weight: 140, Hair: Black, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024001216