UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:24-CV-23180 BECERRA**

HERNANDO QUINTERO and ALEJANDRA
GABRIELA PARRA,

    Plaintiffs,

vs.

CATRINA DADELAND LLC d/b/a
CANTINA CATRINA and JUAN CARLOS
CACHOUA,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT [DE 1]**

THIS CAUSE having come before this Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion") [DE 6], and the Court having reviewed the file and being duly advised in the premises, hereupon orders and adjudges as follows:

    1.    Defendants' Motion is **GRANTED**.

    2.    Defendants shall have up through and including September 27, 2024, within which to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this \_\_\_\_\_ day of September, 2024.

                                            _____
                                            UNITED STATES DISTRICT JUDGE
                                            JACQUELINE BECERRA

Copies furnished to:
brooks@fairlawattorney.com
brian@fairlawattorney.com
anthony@caldera.law
rasheem@caldera.law
eservice@caldera.law