UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO and
ALEJANDRA GABRIELA PARRA,

     Plaintiff,

vs.

CANTINA CATRINA USA LLC and
JUAN CARLOS CACHOUA,

     Defendants.

_____/

### PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN
**(Alena Olazabal)**

Plaintiffs, Hernando Quintero and Alejandra Gabriela Parra, notify the Court and all parties of the filing of the Consent to Join in these proceedings by Alena Olazabal.

Dated this 13th day of September 2024.

> s/Brian H. Pollock, Esq.
> Brian H. Pollock, Esq.
> Fla. Bar No. 174742
> brian@fairlawattorney.com
> **FAIRLAW FIRM**
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:   305.230.4884
> *Counsel for Plaintiff*