UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO and
ALEJANDRA GABRIELA PARRA,

    Plaintiff,

vs.

CANTINA CATRINA USA LLC and
JUAN CARLOS CACHOUA,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN
(Betania Vargas)

Plaintiffs, Hernando Quintero and Alejandra Gabriela Parra, notify the Court and all parties of the filing of the Consent to Join in these proceedings by Betania Vargas.

Dated this 13th day of September 2024.

                        s/Brian H. Pollock, Esq.
                        Brian H. Pollock, Esq.
                        Fla. Bar No. 174742
                        brian@fairlawattorney.com
                        **FAIRLAW FIRM**
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel:   305.230.4884
                        *Counsel for Plaintiff*