## DECLARATION CONSENT TO JOIN

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1.   I am over 18 years of age and am capable of making this declaration. This declaration is made on my personal knowledge.

2.   Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3.   I was employed by Cantina Catrina USA LLC and Juan Carlos Cachoua, from approximately __05/02/2024___, to July 28, 2024.

4.   My former employers owe me minimum wages, overtime wages, and/or tips required by law.

5.   I agree to be bound by any decision in this case.

Signed:          _BN_____
                 Betania Vargas (Sep 13, 2024 12:07 EDT)

Printed Name:    Betania Vargas

Dated:           __13/09/2024_____

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## DECLARACIÓN Y AVISO

De conformidad con 28 USC § 1746, por la presente hacer la siguiente declaración:

1. Soy mayor de 18 años de edad y soy capaz que hacer esta declaracion. Esta declaracion es basada en mis conocimientos personales.

2. De conformidad con 29 U.S.C. §216(b), doy mi consentiemiento para ejercer como demandante en esta accion bajo FLSA.

3. Estuve empleado por Cantina Catrina USA LLC and Juan Carlos Cachoua desde aproximadamente __05/02/2024_____ hasta 28 de julio 2024.

4. 4. Mis antiguos empleadores me deben salarios mínimos, horas extras y/o propinas requeridas por la ley.

5. Estoy de acuerdo con estar vinculado a cualquier decisión en este caso.

Firma:   _____BN_____
Betania Vargas (Sep 13, 2024 12:07 EDT)_____

Nombre:   Betania Vargas

Fecha:   __13/09/2024_____

# Consent to join (Proposed)(Spanish English) (Catrina Cantina) - Betania Vargas updated

Final Audit Report                                                                 2024-09-13

| | |
|---|---|
| Created: | 2024-09-13 |
| By: | Reyna Guerra (intake2@fairlawattorney.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkr6pRHrO03GIQc6Om0z3Et5x-NuyPv3w |

## "Consent to join (Proposed)(Spanish English)(Catrina Cantina) - Betania Vargas updated" History

📄 Document created by Reyna Guerra (intake2@fairlawattorney.com)
2024-09-13 - 4:04:48 PM GMT

✉ Document emailed to Betania Vargas (vargasbetania684@gmail.com) for signature
2024-09-13 - 4:05:01 PM GMT

📄 Email viewed by Betania Vargas (vargasbetania684@gmail.com)
2024-09-13 - 4:06:44 PM GMT

🖋 Document e-signed by Betania Vargas (vargasbetania684@gmail.com)
Signature Date: 2024-09-13 - 4:07:46 PM GMT - Time Source: server

✅ Agreement completed.
2024-09-13 - 4:07:46 PM GMT

Adobe Acrobat Sign