UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO and
ALEJANDRA GABRIELA PARRA,

    Plaintiff,

vs.

CANTINA CATRINA USA LLC and
JUAN CARLOS CACHOUA,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN
### (Maria Hidalgo)

Plaintiffs, Hernando Quintero and Alejandra Gabriela Parra, notify the Court and all parties of the filing of the Consent to Join in these proceedings by Maria Hidalgo.

Dated this 13th day of September 2024.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*