UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO,
ALEJANDRA GABRIELA PARRA,
ALENA OLAZABAL, BETANIA VARGAS,
ELIS MORENO, KELVID VILLEGAS,
and MARIA HIDALGO,

    Plaintiffs,

vs.

CANTINA CATRINA USA LLC
and JUAN CARLOS CACHOUA,

    Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs Hernando Quintero, Alejandra Gabriela Parra, Alena Olazabal, Betania Vargas, Elis Moreno, Kelvid Villegas, and Maria Hidalgo identify the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)    Hernando Quintero – Plaintiff;

    b)    Alejandra Gabriela Parra – Plaintiff;

    c)    Alena Olazabal – Plaintiff;

    d)    Betania Vargas – Plaintiff;

    e)    Elis Moreno – Plaintiff;

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

  f)  Kelvid Villegas – Plaintiff;

  g)  Maria Hidalgo – Plaintiff;

  h)  Brian H. Pollock, Esq. – counsel for Plaintiffs;

  i)  Patrick Brooks LaRou, Esq. – counsel for Plaintiffs;

  j)  Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiffs;

  k)  Cantina Catrina USA LLC – Defendant;

  l)  Juan Carlos Cachoua – Defendant;

  m)  Anthony Narula, Esq. – counsel for Defendants;

  n)  Caldera Law PLLC – counsel for Defendants.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

  None known to Plaintiffs.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

  None known to Plaintiffs.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

  Plaintiffs Hernando Quintero, Alejandra Gabriela Parra, Alena Olazabal, Betania

  Vargas, Elis Moreno, Kelvid Villegas, and Maria Hidalgo.

**5.** **Check one of the following:**

 _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

2

\_\_\_\_ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted this 25th day of September 2024.

<u>s/ Patrick Brooks LaRou, Esq.</u>
Brian H. Pollock, Esq.  (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*