UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-23180 BECERRA

HERNANDO QUINTERO,
ALEJANDRA GABRIELA PARRA,

    Plaintiffs,

vs.

CATRINA DADELAND LLC d/b/a
CANTINA CATRINA and
JUAN CARLOS CACHOUA,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, Catrina Dadeland LLC d/b/a Cantina Catrina and Juan Carlos Cachoua, pursuant to Federal Rule of Civil Procedure 7.1, hereby disclose the following pursuant to this Court's September 13, 2024 *Order Regarding Procedures* [DE 8]:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **Anthony V. Narula, Esq - Counsel for Defendants**
- **Rasheem Johnson, Esq. - Counsel for Defendants**
- **Caldera Law, PLLC - Counsel for Defendants**
- **Catrina Dadeland, LLC d/b/a Cantina Catrina – Defendant**
- **Juan Carlos Cachoua - Defendant**
- **Cantina Catrina USA LLC ("Cantina USA") – Parent company of Defendant**
- **Fine Spices Brands Holdings, LLC ("Fine Spices Brands") – Parent company of Cantina USA**
- **Fine Spices, LLC – Parent company of Fine Spices Brands**

- **Brian H. Pollack, Esq. - Counsel for Plaintiffs**
- **Patrick Brooks LaRue, Esq. - Counsel for Plaintiffs**
- **Hernando Quintero – Initial Plaintiff**
- **Alejandra Gabriela Parra – Initial Plaintiff**
- **Alena Olazabal – Prospective additional Plaintiff**
- **Betania Vargas – Prospective additional Plaintiff**
- **Elis Moreno – Prospective additional Plaintiff**
- **Kelvid Villegas – Prospective additional Plaintiff**
- **Maria Hidalgo – Prospective additional Plaintiff**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiffs, Hernando Quintero and Alejandra Gabriela Parra, and prospective additional Plaintiffs, Alena Olazabal, Betania Vargas, Elis Moreno, Kelvid Villegas, and Maria Hidalgo.**

5. Check one of the following:

**X** I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

    -or-

\_\_\_\_ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted,

**CALDERA LAW PLLC**
7293 NW 2nd Ave
Miami, Florida 33150
Telephone: (786) 321-3811

By:     /s/ Anthony Narula
        Anthony V. Narula, Esq. (FBN 56546)
        anthony@caldera.law
        Rasheem Johnson, Esq. (FBN 1011350)
        rasheem@caldera.law
        eservice@caldera.law

        *Counsel for Defendants*