UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO,
ALEJANDRA GABRIELA PARRA,
ALENA OLAZABAL, BETANIA VARGAS,
ELIS MORENO, KELVID VILLEGAS,
and MARIA HIDALGO,

    Plaintiffs,

vs.

CANTINA CATRINA LLC d/b/a
CANTINA CATRINA and
JUAN CARLOS CACHOUA,

    Defendants.
_____/

## JOINT MOTION FOR MEDIATION WITH U.S. MAGISTRATE JUDGE

Plaintiffs Hernando Quintero, Alejandra Gabriela Parra, Alena Olazabal, Betania Vargas, Elis Moreno, Kelvid Villegas, and Maria Hidalgo, and Defendants Cantina Catrina LLC d/b/a Cantina Catrina and Juan Carlos Cachoua (collectively, the "Parties"), request that the Court refer this case to mediation before U.S. Magistrate Judge Edwin G. Torres pursuant to the Court's Order Regarding Procedures [ECF No. 8, ¶ 3] and the Parties' Joint Scheduling Report [ECF No. 21, ¶ M], as follows:

    1.    Plaintiffs Hernando Quintero and Alejandra Gabriela Parra filed this lawsuit on August 21, 2024 to recover unpaid minimum wages/tips under the Fair Labor Standards Act and Florida Minimum Wage Act. [ECF No. 1.]

2. Plaintiffs Alena Olazabal, Betania Vargas, Elis Moreno, Kelvid Villegas, and Maria Hidalgo then joined in this action by filing their Consents to Join, similarly seeking to recover unpaid minimum wages/tips. [ECF Nos. 9-13.]

3. On September 13, 2024, the Court entered its Order Regarding Procedures, stating that if the parties agree that mediation "with a United States Magistrate Judge would be helpful to a resolution of the matter, counsel shall note that request in their Joint Scheduling Report." [ECF No. 8, ¶ 3.]

4. The Parties then filed their Joint Scheduling Report on October 2, 2024, wherein they agreed that mediation before "a United States Magistrate Judge would be helpful to resolving this matter, and request[ed] that the Magistrate Judge assigned to this case schedule a date for the same based on the parties' availability." [ECF No. 21, ¶ M.]

5. The Parties have again conferred and mutually agree that mediation before the U.S. Magistrate Judge assigned to this case, Edwin G. Torres, would be beneficial to facilitating the Parties' continued settlement negotiations and may increase the potential for this case's settlement.

6. The Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *see also Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

7. The Parties respectfully request the Court to exercise its discretion by directing the Parties to conduct mediation before Magistrate Judge Edwin G. Torres in light of the foregoing at a mutually convenient date and time within the next thirty (30) days.

WHEREFORE Plaintiffs, Hernando Quintero, Alejandra Gabriela Parra, Alena Olazabal, Betania Vargas, Elis Moreno, Kelvid Villegas, and Maria Hidalgo, and Defendants,

Cantina Catrina LLC d/b/a Cantina Catrina and Juan Carlos Cachoua, request that the Court enter an Order in accordance with the foregoing motion.

Respectfully submitted this 26th day of March 2025.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Anthony V. Narula |
| Brian H. Pollock, Esq. (174742) | Anthony V. Narula, Esq. (56546) |
| brian@fairlawattorney.com | anthony@caldera.law |
| Patrick Brooks LaRou, Esq. (1039018) | Rasheem Johnson, Esq. (1011350) |
| brooks@fairlawattorney.com | rasheem@caldera.law |
| FAIRLAW FIRM | CALDERA LAW PLLC |
| 135 San Lorenzo Avenue, Suite 770 | 7293 N.W. 2nd Avenue |
| Coral Gables, Florida 33146 | Miami, Florida 33150 |
| Telephone: (305) 230-4884 | Telephone: (786) 321-3811 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |