UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO,
ALEJANDRA GABRIELA PARRA,
ALENA OLAZABAL, BETANIA VARGAS,
ELIS MORENO, KELVID VILLEGAS,
and MARIA HIDALGO,

    Plaintiffs,

vs.

CANTINA CATRINA LLC d/b/a
CANTINA CATRINA and
JUAN CARLOS CACHOUA,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION
## FOR MEDIATION WITH U.S. MAGISTRATE JUDGE

THIS CAUSE, having come before the Court on the parties' Joint Motion for Mediation with U.S. Magistrate Judge [ECF No. 23], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that same is GRANTED:

The parties are referred to U.S. Magistrate Judge Edwin G. Torres to conduct mediation within the next thirty (30) days. Plaintiffs' counsel is responsible for coordinating the settlement conference.

DONE AND ORDERED in Chambers at Miami, Florida, on March ___, 2025.

                                        _____
                                        JACQUELINE BECERRA
                                        UNITED STATES DISTRICT JUDGE

Copies Furnished:
*Counsel of Record by CM/ECF*

*Designated U.S. Magistrate Judge*