UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO,
ALEJANDRA GABRIELA PARRA,
ALENA OLAZABAL, BETANIA VARGAS,
ELIS MORENO, KELVID VILLEGAS,
and MARIA HIDALGO,

    Plaintiffs,

vs.

CATRINA DADELAND LLC d/b/a
CANTINA CATRINA and
JUAN CARLOS CACHOUA,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Joanna Niworowski of Caldera Law PLLC, hereby enters her appearance as Counsel for Defendants, Catrina Dadeland LLC d/b/a Cantina Catrina and Juan Carlos Cachoua, and is admitted to practice in this Court. Please direct and serve all further notice and copies of pleadings, papers, and other material relevant to this action to the undersigned.

Respectfully submitted,

**CALDERA LAW PLLC**
7293 NW 2nd Ave
Miami, Florida 33150
Telephone: (786) 321-3811

By:   /s/ Joanna Niworowski
      Joanna Niworowski, Esq. (FBN 1031440)
      joanna@caldera.law
      Anthony V. Narula, Esq. (FBN 56546)

anthony@caldera.law
eservice@caldera.law
Rasheem Johnson. (FBN 1011350)
rasheem@caldera.law

*Counsel for Defendants*