UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO,
ALEJANDRA GABRIELA PARRA,
ALENA OLAZABAL, BETANIA VARGAS,
ELIS MORENO, KELVID VILLEGAS,
and MARIA HIDALGO,

    Plaintiffs,

vs.

CANTINA CATRINA LLC d/b/a
CANTINA CATRINA and
JUAN CARLOS CACHOUA,

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF FILING FEE AWARDS AND APPROVALS**

Plaintiffs, Hernando Quintero, Alejandra Gabriela Parra, Alena Olazabal, Betania Vargas, Elis Moreno, Kelvid Villegas, and Maria Hidalgo, through their undersigned counsel, file the fee awards and approvals from the Southern District of Florida entered in 2022, 2023, 2024, and 2025, in support of the hourly rate(s) for their counsel herein:

1. *Castillo Marenco v. J.C. Painting Contractor LLC*, S.D. Fla. Case No.: 1:24-CV-21463-ALTMAN (March 14, 2025) [DE 49], adopting Report and Recommendation [DE 47], **awarding** attorney's fees and costs at the following rates:

    | Attorneys | Rate Awarded |
    |---|---|
    | Brian H. Pollock, Esq. | $450/hour |
    | Patrick Brooks LaRou, Esq. | $275/hour |

    | Paralegal | Rate Awarded |
    |---|---|
    | Steffany Sanguino | $150/hour |

2. *Anastasopoulos vs. Ink 477 LLC*, S.D. Fla. Case No.: 1:24-CV-21586-WILLIAMS (Feb. 27, 2025) [DE 58], adopting Report and Recommendation [DE 56], **approving** attorney's fees and costs at the following rates:

| Attorneys | Rate Awarded |
|---|---|
| Brian H. Pollock, Esq. | $500/hour |
| Patrick Brooks LaRou, Esq. | $325/hour |

| Paralegal | Rate Awarded |
|---|---|
| Steffany Sanguino | $165/hour |

3. *Mendez v. Alpha & Omega Calibration Services, LLC*, S.D. Fla. Case No.: 1:24-CV-20543-WILLIAMS (Aug. 13, 2024) [DE 40], **awarding** attorney's fees and costs at the following rates:

| Attorneys | Rate Awarded |
|---|---|
| Brian H. Pollock, Esq. | $450/hour (noting appx. 25 years experience) |
| Patrick Brooks LaRou, Esq. | $275/hour (noting appx. 2 years experience) |

| Paralegal | Rate Awarded |
|---|---|
| Steffany Sanguino | $150/hour (8 years experience) |

4. *Maracallo vs. Cusano Air Conditioning & Heating, Inc.*, S.D. Fla. Case No.: 24-CV-20546-GOODMAN (May 31, 2024) [No. 37], **approving** attorney's fees and costs at the following rates:

| Attorneys | Rate Awarded |
|---|---|
| Brian H. Pollock, Esq. | $500/hour (noting appx. 25 years experience) |
| Patrick Brooks LaRou, Esq. | $325/hour (noting appx. 2 years experience) |
| Lunar C. Alvey, Esq. | $400/hour (noting appx. 20 years experience) |

| Paralegal | Rate Awarded |
|---|---|
| Steffany Sanguino | $165/hour (noting appx. 10 years experience) |

5. *McLeod vs. Chef Creole Inc.*, 1:22-CV-22657-MOORE (Aug. 7, 2024) [DE 46], adopting Report and Recommendation [DE 45], **awarding** attorney's fees and costs (for work performed through Dec. 19, 2023), as follows:

| Attorneys | Rates Awarded |
|---|---|
| Brian H. Pollock, Esq. | $450/hour |
| Lunar C. Alvey, Esq. | $350/hour |
| Toussaint M. Cummings, Esq. | $350/hour |

| Paralegals | Rates Awarded |
|---|---|
| Adrian Castillo | $125/hour |
| Estefania Di Mare | $125/hour |
| Bridget Obando | $125/hour |

6. *Sevares v. American Pipeline Const., LLC*, S.D. Fla. 1:22-CV-21233-MOORE (July 14, 2023) [DE 39], adopting Report and Recommendation [DE 38], **awarding** attorney's fees and costs as follows:

| Attorneys | Rates Awarded |
|---|---|
| Brian H. Pollock, Esq. | $450/hour |
| Toussaint M. Cummings, Esq. | $350/hour |

| Paralegal | Rate Awarded |
|---|---|
| Estefania Di Mare | $125/hour |

7. *Telleria vs. Aztlan Foods, Corp.*, 1:22-CV-21330-BLOOM (April 4, 2023) [DE 66], adopting REoprt and Recommendation [DE 64], **awarding** attorney's fees and costs as follows[1]:

| Attorneys | Rates Awarded |
|---|---|
| Brian H. Pollock, Esq. | $450/hour |
| Toussaint M. Cummings, Esq. | $350/hour (in Report and Recommendation) |

| Paralegal | Rate Awarded |
|---|---|
| Estefania Di Mare | $125/hour |

8. *Comas v. Chris's Auto Sales Corp.*, S.D. Fla. 1:22-CV-20701-BLOOM (Aug. 31, 2022) [DE 39], adopting Report and Recommendation [DE 37], **awarding** attorney's fees and costs as follows:

| Attorneys | Rates Awarded |
|---|---|
| Brian H. Pollock, Esq. | $475/hour |
| Toussaint M. Cummings, Esq. | $350/hour |

---

[1] "In multiple cases in this district where an FLSA claim settled prior to trial, courts have determined that no lodestar reduction is necessary even when the plaintiff settles for less than 50% of the amount of their Statement of Claim." *Id.*, at 7 (collecting cases).

| Paralegal | Rate Awarded |
|---|---|
| Estefania Di Mare | $150/hour |

9. *Velez v. D Nakama Faction Corp.,* S.D. Fla. 1:21-CV-21287-REID (April 1, 2022) [No. 81], **awarding** attorney's fees and costs, as follows:

| Attorneys | Rates Awarded |
|---|---|
| Brian H. Pollock, Esq. | $450/hour |
| Toussaint M. Cummings, Esq. | $350/hour |

| Paralegals | Rates Awarded |
|---|---|
| Estefania Di Mare | $135/hour |
| Samantha Herrera | $135/hour |
| Awilda Montalvo | $135/hour |

Respectfully submitted this 19th day of May 2025,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*