8/8/24, 8:27 AM                           FairLawFirm Mail - Activity in Case 1:22-cv-22657-KMM MCLEOD v. CHEF CREOLE INC. et al Order on Report and Recommendati…

Case 1:24-cv-23180-JB   Document 34-5   Entered on FLSD Docket 05/19/2025   Page 1 of 1



Juan Aragon <juan@fairlawattorney.com>

## Activity in Case 1:22-cv-22657-KMM MCLEOD v. CHEF CREOLE INC. et al Order on Report and Recommendations
1 message

cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>   Wed, Aug 7, 2024 at 3:53 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 8/7/2024 at 5:53 PM EDT and filed on 8/7/2024
**Case Name:**    MCLEOD v. CHEF CREOLE INC. et al
**Case Number:**  [1:22-cv-22657-KMM](#)
**Filer:**
**WARNING: CASE CLOSED on 12/19/2022**
**Document Number:** 46(No document attached)

**Docket Text:**
**PAPERLESS ORDER ADOPTING REPORT AND RECOMMENDATION [45]. THIS CAUSE came before the Court upon the Report and Recommendations ("R&R") of Magistrate Judge Lauren F. Louis. [45]. Therein, Magistrate Judge Louis recommends that Plaintiff's Motion for Attorneys' Fees [37] be granted in part after adjusting the hourly rates for some attorneys that worked on this matter. Id. at 5-6. No objections were filed and the time to do so has passed. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). UPON CONSIDERATION of the R&R, the Motion for Costs, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Louis's R&R [45] is ADOPTED. It is FURTHER ORDERED that Plaintiff's Motion for Attorneys' Fees [37] is GRANTED IN PART and that Plaintiff be awarded $9,530.00 in attorneys' fees. Signed by Judge K. Michael Moore on 8/7/2024. (sdu)**

**1:22-cv-22657-KMM Notice has been electronically mailed to:**

Brian Howard Pollock &nbsp &nbsp brian@fairlawattorney.com, 4618759420@filings.docketbird.com, brianpesq@recap.email, juan@fairlawattorney.com, steffany@fairlawattorney.com

**1:22-cv-22657-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**