UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO,

    Plaintiff,

vs.

CANTINA CATRINA USA LLC
AND JUAN CARLOS
CACHOUA,

    Defendants.
_____/

## JOINT STIPULATION AS TO ATTORNEYS' FEE
## TO BE AWARDED TO PLAINTIFFS' COUNSEL

    Plaintiff, Hernando Quintero and Alejandra Gabriela Parra, and Defendants, Catrina Dadeland LLC d/b/a Cantina Catrina and Juan Carlos Cachoua, through their undersigned counsel, notify the Court that the parties resolved the attorneys' fees issue, that Defendants agreed to pay Plaintiff's counsel $23,750.00 in attorneys' fees, and request the Court enter an Order approving the fee award as fair and reasonable.

    Dated this 26th day of May 2025.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/Anthony Narula |
| Brian H. Pollock, Esq. (174742) | Anthony Narula |
| brian@fairlawattorney.com | Fla. Bar No.: 56546 |
| FAIRLAW FIRM | anthony@caldera.law |
| 135 San Lorenzo Avenue | Caldera Law PLLC |
| Suite 770 | 7293 NW 2nd Ave |
| Coral Gables, FL 33146 | Miami, FL 33150 |
| Tel:   305.230.4884 | Tel: (786) 321-3811 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |