# EXHIBIT 1

From: **Anthony Narula** anthony@caldera.law 
Subject: Re: Quintero vs. Cantina Catrina - Confidential Settlement Negotiations
Date: May 22, 2025 at 4:52 PM
To: Brian Pollock brian@fairlawattorney.com
Cc: Joanna Niworowski joanna@caldera.law, Juan Aragon juan@fairlawattorney.com



Brian,

Thanks for confirming today on our call that we're on the same page regarding the due date for the settlement payment, and that it is due within 10 business days after the court enters a written order.

Defendants agreed to a fee award of $23,750. Please draft a proposed notice for us to review.



Anthony Narula
O: (786) 321-3811
M: (305) 951-9056
anthony@caldera.law
www.caldera.law

NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.