UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23180-BECERRA/TORRES

HERNANDO QUINTERO,
ALEJANDRA GABRIELA PARRA,
ALENA OLAZABAL, BETANIA VARGAS,
ELIS MORENO, KELVID VILLEGAS,
and MARIA HIDALGO,

       Plaintiffs,

vs.

CANTINA CATRINA LLC d/b/a
CANTINA CATRINA and
JUAN CARLOS CACHOUA,

       Defendants.

_____/

## PLAINTIFFS' NOTICE OF STRIKING
## PLAINTIFFS' VERIFIED MOTION TO ENFORCE SETTLEMENT AND TO
## AWARD FEES INCURRED IN CONNECTION THEREWITH [ECF NO. 37].

Plaintiffs, Hernando Quintero, Alejandra Gabriela Parra, Alena Olazabal, Betania Vargas,

Elis Moreno, Kelvid Villegas, and Maria Hidalgo, notify the Court and all parties of the Striking

of the Verified Motion to Enforce Settlement and to Award Fees Incurred in Connection

Therewith [ECF No. 37], as having been rendered moot.

Respectfully submitted this 24th day of July 2025.

*s/Brian H. Pollock, Esq.*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiffs*
